UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BUNTHOEUN KONG,
    Plaintiff,

v.                    CIVIL ACTION NO. 20-10119-MPK[1]

UNITED STATES OF AMERICA,
    Defendant.

### JUDGMENT

KELLEY, U.S.M.J.

This case came before the Court, the Honorable M. Page Kelley, Chief United States Magistrate Judge, presiding. In accordance with the Memorandum and Order, Etc., entered on March 23, 2021,

IT IS ORDERED AND ADJUDGED:

Defendant United States of America's Motion to Dismiss Plaintiff's Complaint (#11) is GRANTED, and the case is DISMISSED.

Costs to defendant.

Dated at Boston, Massachusetts this 23rd day of March, 2021.

                              ROBERT G. FARRELL
                              Clerk of Court

                              By: /s/ Kellyann Belmont
                              Kellyann Belmont, Deputy Clerk

---

[1] With the parties' consent (#9), on April 9, 2020, this case was reassigned to the undersigned for all purposes, including trial and the entry of judgment. (#10.)