**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BUNTHOEUN KONG,

             Plaintiff,

v.

UNITED STATES OF AMERICA,

             Defendant.

Civil Action No. 20-cv-10119-MPK

## JOINT STATUS REPORT AND REQUEST FOR *NISI* ORDER

The Parties reached agreement on all material terms necessary to resolve the dispute between them and have finalized a settlement agreement designed to satisfy Plaintiff's claims for damages arising from the subject matter that gave rise to the above-captioned action.

WHEREFORE, the Parties jointly request that the Court enter a *Nisi* Order dismissing the case with prejudice and without costs in 60 days unless the Parties inform the Court that terms and obligations from the settlement agreement remain outstanding.

Respectfully submitted on this 26 day of July 2024.

**[The Rest of this Page is Left Intentionally Blank]**

**PLAINTIFF BUNTHOEUN KONG**
By his attorney,


*/s/ Ethan R. Horowitz* [1]
Ethan R. Horowitz
BBO# 674669
Northeast Justice Center
50 Island Street, Suite 203B
Lawrence, MA 01840
(978) 888-0624
ehorowitz@njc-ma.org

**DEFENDANT UNITED STATES OF AMERICA**
JOSHUA S. LEVY
Acting United States Attorney


*/s/ Mark Sauter*
Mark Sauter
Eve A. Piemonte
Assistant United States Attorneys
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Mark.Sauter@usdoj.gov
Eve.Piemonte@usdoj.gov

---

[1] Electronically signed and filed with consent provided by e-mail on July 26, 2024.