UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BUNTHOEUN KONG
Plaintiff,

v.                                                                          CIVIL ACTION NO. 20-10119-MPK[1]

UNITED STATES OF AMERICA,
Defendant.

## SETTLEMENT ORDER OF DISMISSAL

The Court having been advised that this action has settled, IT IS ORDERED that this action is hereby dismissed with prejudice and without costs, without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

July 26, 2024                                                      /s/ M. Page Kelley
                                                                           M. Page Kelley
                                                                           United States Magistrate Judge

---

[1] With the parties' consent, this case was re-assigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. § 636(c). (##9-10.)

1